1  Abe Gupta (SBN 262032)
   Vaishali Bhatnagar (SBN 289544)
2  The AV Law Firm PC
3  111 Deerwood Road, Suite 380
   San Ramon, CA 94583
4  P: (925) 217-4300
   F: (925) 217-4301
5  abe@avlawyers.com
6  vaishali@avlawyers.com

7  Attorneys for Plaintiffs,
   HUNG NGUYEN and N & H INVESTMENTS, LLC
8

9              UNITED STATES BANKRUPTCY COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12  In re:                          ) Case No.: **15-51552**
13                                   )
    N & H INVESTMENTS, LLC           )
14            Debtor,               ) **NOTICE TO FEDERAL COURT OF**
                                     ) **REMOVAL OF CIVIL ACTIONS FROM**
15  ─────────────────────────────   ) **STATE COURT PURSUANT TO 28 U.S.C.**
                                     ) **§ 1452**
    HUNG NGUYEN, an individual; and N & H )
16  INVESTMENTS, LLC, a California limited )
    liability company,               )
17                                   )
              Plaintiffs,            )
18        v.                         )
19                                   )
    JOHN RICHARD TILL, an individual; )
20  PALADIN LAW GROUP LLP, an Arizona )
    foreign limited liability partnership; GREEN )
21  VALLEY CORPORATION, a California )
    Corporation, d/b/a BARRY SWENSON )
22  BUILDER; DAN QUI DO, an individual; )
    EFFICIO LAW GROUP, PC, a California )
23  professional corporation; ANTHONY FRANK )
    VENTURA, an individual; SLATER   )
24  HERSEY & LIEBERMAN LLP, a limited )
25  liability partnership; and DOES 1 to 50, )
    inclusive,                       )
26                                   )
27            Defendants.            )

· 28                                                      3

**TO THE HONORABLE BANKRUPTCY COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1452, Plaintiff N & H Investments LLC, the debtor herein (Debtor), hereby gives notice of removal of this action from the State of California, Superior Court, County of Santa Clara, to the United State Bankruptcy Court for the Northern District of California, Oakland Division, on the basis that this case should be heard in this Court under the following facts:

1) On May 5, 2015 Debtor filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California, Oakland Division as case number_____.

2) On March 23, 2015, Debtor filed a complaint in the State of California, Superior Court, County of Santa Clara entitled Nguyen v. Till, et al. The complaint alleges that a settlement agreement entered into requiring Debtor to give up a valuable piece of property was fraudulent and that the Debtor has a valuable asset in the form of a court proceeds stolen from him.

3) Plaintiff-Debtor, wishes to exercise its rights under the provisions of 28 U.S.C. § 1452 and related provisions to remove this action from the State of California Superior Court, County of Santa Clara.

4) The Bankruptcy Court has original jurisdiction pursuant to 28 U.S.C. § 1334 in that Plaintiff-Debtor filed the suit being removed to recover his portion of a very large settlement of a federal case, 5:09-CV-04028-LHK, Green Valley v. Caldo et al, for which Debtor's name was illegally used to obtain a large settlement. In settlement of the case, the federal court, retained jurisdiction to enforce the settlement agreement and explicitly

retained ancillary jurisdiction by its order. Further, the Court retained the power to initiate contempt proceedings for violation of its agreement. Here, Debtor brought suit accusing Defendant Green Valley of lying to the District Court in order to bring a fraudulent settlement agreement to District Court. Specifically, Defendant Green Valley pretended to own a property actually owned by Debtor to obtain a $4,250,000 settlement.

5) This Notice of Removal is signed pursuant to the provisions of Rule 11 of the Federal Rules of Civil Procedure and Rule 9011 of the Federal Rules of Bankruptcy Procedure.

6) A copy of the State Court docket being filed with this Notice of Removal and is attached hereto as Exhibit 1.

Wherefore, Trustee prays that this action be removed to the Court as aforesaid.

Dated: 5/4/15

The AV Law Firm PC

By: _____
Abe Gupta,
Attorney for Plaintiff

# Exhibit 1

Contact Us

## THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA  Public Access Civil Case Information
## Website

May 4, 2015

Home » Civil Index » Case Number Search » Case Number Results » **Register of Actions/Docket for Case Number 1-15-CV-278500**

### Register of Actions/Docket

*Notice: The Superior Court of California, County of Santa Clara declares that information provided by and obtained from this site (www.sccaseinfo.org) is intended for use on a case by case basis and typically by parties of record and participants, and does not constitute the official record of the court. Any user of the information is hereby advised that it is being provided as is and that the information may be subject to error or omission. The user acknowledges and agrees that the Superior Court of California, County of Santa Clara is not liable for the accuracy or validity of the information provided.*

**Case Information**                                                      **Associated Cases**

Number: **1-15-CV-278500**

Title: **H. Nguyen, Et Al Vs J. Till, Et Al**

Category: **Fraud - Unlimited**

Filed: **3/23/2015** Disposed: **None** Status: **Open**

Calendared Events                **Involved Parties**                      Documents

| Type | Name | Disposition |
|---|---|---|
| Plaintiff | Hung Nguyen None | None |
| | **Attorney:** | Abe Gupta AV Law Firm PC , 111 Deerwook Rd, Ste 380, San Ramon, Ca 94583 |
| Plaintiff | N&H Investments, Llc None | None |
| | **Attorney:** | Abe Gupta AV Law Firm PC , 111 Deerwook Rd, Ste 380, San Ramon, Ca 94583 |
| Defendant | John Richard Till None | None |
| Defendant | Paladin Law Group, Llp None | None |
| Defendant | Green Valley Corporation None | None |
| Doing Business As | Barry Swenson Builder None | None |
| Defendant | Dan Qui Do None | None |
| Defendant | Efficio Law Group, Pc None | None |
| Defendant | Anthony Frank Ventura None | None |
| | **Attorney:** | Joanna L. Storey |

Superior Court of California, Santa Clara County

Hassard Bonnington LLP , 275 Battery Street, Suite 1600, San Francisco, Ca 94111

| Defendant | Slater Hersey & Lieberman, Llp None | None |
|---|---|---|
| | **Attorney:** | Joanna L. Storey |

Hassard Bonnington LLP , 275 Battery Street, Suite 1600, San Francisco, Ca 94111

Involved Parties        **Calendared Events**        Documents

| Date | Time | Dept. | Event Description | Result | | | Notice Printed | Reset | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Description | By | Date | | To | From |
| 7/21/2015 | 01:30PM | 09 | CV CMC- Case Management Conf | None | None | None | 04/09/15 | None | 07/21/2015 |
| 7/21/2015 | 03:00PM | 02 | CV CMC- Case Management Conf | Assigned to Dept. | C | 04/09/15 | None | 07/21/2015 | None |
| 6/16/2015 | 09:00AM | 09 | Reserved - Demurrer | None | None | None | None | None | None |
| 5/28/2015 | 09:00AM | 09 | Demurrer | None | None | None | None | None | None |
| 5/28/2015 | 09:00AM | 09 | Demurrer | None | None | None | None | None | None |
| 5/28/2015 | 09:00AM | 09 | CV Mtn: Strike | None | None | None | None | None | None |
| 4/23/2015 | 10:00AM | 09 | CV Case Status Review | Off Calendar by Court | C | 04/23/15 | 04/09/15 | None | None |

Involved Parties        **Documents**        Calendared Events

For an explanation of the abbreviations used in the Document Description/Text columns, click here.

| Number-Sequence | Document Description | Document Text | Filed | Ruling | Date |
|---|---|---|---|---|---|
| 0028-000 | Cv Proof Of Svc Compl/Pet/Summons | | 04/16/2015 | None | 04/27/2015 |
| | **For:** Hung Nguyen / PLT **For:** N&H Investments, LLC / PLT **Against:** Efficio Law Group, PC / DEF | | | | |
| 0027-000 | Cv Proof Of Svc Compl/Pet/Summons | | 04/16/2015 | None | 04/27/2015 |
| | **For:** Hung Nguyen / PLT **For:** N&H Investments, LLC / PLT | | | | |
| 0026-000 | Cv Proof Of Svc Compl/Pet/Summons | | 04/16/2015 | None | 04/27/2015 |
| | **For:** Hung Nguyen / PLT **For:** N&H Investments, LLC / PLT **Against:** John Richard Till / DEF | | | | |
| 0025-000 | Cv Appl/Order For ... | Click for text | 04/27/2015 | Denied | 04/28/2015 |
| | **For:** Green Valley Corporation / DEF | | | | |
| 0024-000 | Cv Court Reporter Fee < 1 Hour | | 04/23/2015 | None | 04/23/2015 |

| | | | | | |
|---|---|---|---|---|---|
| | For: Green Valley Corporation / DEF | | | | |
| 0023-000 | Cv Req:Judicial Ntc | | 04/23/2015 | None | 04/23/2015 |
| | For: Green Valley Corporation / DEF | | | | |
| 0022-000 | Cv Memo:Ps & As/Suppt Of Demurrer | | 04/23/2015 | None | 04/23/2015 |
| | For: Green Valley Corporation / DEF | | | | |
| 0021-000 | Cv Ntc:Demurrer, Unltd | Click for text | 04/23/2015 | None | 04/23/2015 |
| | For: Green Valley Corporation / DEF | | | | |
| 0021-001 | Cv Proof Of Svc | | 04/24/2015 | None | 04/24/2015 |
| | For: Green Valley Corporation / DEF<br>Against: Anthony Frank Ventura / DEF<br>Against: Slater Hersey & Lieberman, LLP / DEF<br>Against: Hung Nguyen / PLT<br>Against: N&H Investments, LLC / PLT | | | | |
| 0020-000 | Cv Court Reporter Fee < 1 Hour | | 04/21/2015 | None | 04/21/2015 |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0019-000 | Cv Ntc:Mtn To Strike | Click for text | 04/21/2015 | None | 04/21/2015 |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0019-001 | Cv Memo:Ps & As/Support | | 04/21/2015 | None | None |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0018-000 | Cv Req:Judicial Ntc | | 04/21/2015 | None | 04/21/2015 |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0017-000 | Cv Court Reporter Fee < 1 Hour | | 04/21/2015 | None | 04/21/2015 |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0016-000 | Cv Demurrer, No Fees | Click for text | 04/21/2015 | None | 04/21/2015 |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0016-001 | Cv Memo:Ps & As/Support | | 04/21/2015 | None | None |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0015-000 | Cv First Paper Def - Unltd | Click for text | 04/21/2015 | None | 04/21/2015 |
| | For: Anthony Frank Ventura / DEF<br>For: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0014-000 | Cv Proof Of Svc Compl/Pet/Summons | Click for text | 04/07/2015 | None | 04/14/2015 |
| | For: Hung Nguyen / PLT<br>For: N&H Investments, LLC / PLT<br>Against: Slater Hersey & Lieberman, LLP / DEF | | | | |
| 0013-000 | Cv Proof Of Svc Compl/Pet/Summons | Click for text | 04/07/2015 | None | 04/14/2015 |
| | For: Hung Nguyen / PLT<br>For: N&H Investments, LLC / PLT<br>Against: Green Valley Corporation / DEF | | | | |
| 0012-000 | Cv Proof Of Svc Compl/Pet/Summons | Click for text | 04/07/2015 | None | 04/14/2015 |

| 0012-000 | Cv Proof Of Svc Compln Pet Summons | Click for text | 04/07/2015 | None | 04/14/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT
**Against:** Anthony Frank Ventura / DEF

| 0011-000 | Cv Proof Of Svc Compl/Pet/Summons | Click for text | 04/07/2015 | None | 04/14/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT
**Against:** Paladin Law Group, LLP / DEF

| 0010-000 | Cv Ntc:Related Cases | Click for text | 04/06/2015 | None | 04/13/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT

| 0009-000 | Cv Ex Parte Order | Click for text | 04/09/2015 | Denied | 04/09/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT

| 0008-000 | Cv Declaration | Click for text | 04/09/2015 | None | 04/09/2015 |
|---|---|---|---|---|---|

**For:** Green Valley Corporation / DEF

| 0007-000 | Cv Declaration | Click for text | 04/09/2015 | None | 04/09/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT

| 0006-000 | Cv Declaration | Click for text | 04/09/2015 | None | 04/09/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT

| 0005-000 | Cv Declaration | Click for text | 04/09/2015 | None | 04/09/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT

| 0004-000 | Cv Ex Parte Appl | Click for text | 04/09/2015 | None | 04/09/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT

| 0003-000 | Cv Summons Filed | | 03/23/2015 | None | 03/23/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT
**Against:** John Richard Till / DEF
**Against:** Paladin Law Group, LLP / DEF
**Against:** Green Valley Corporation / DEF
**Against:** Dan Qui Do / DEF
**Against:** Efficio Law Group, PC / DEF
**Against:** Anthony Frank Ventura / DEF
**Against:** Slater Hersey & Lieberman, LLP / DEF

| 0002-000 | Cv Complaint Filed/Summs Issued | | 03/23/2015 | None | 03/23/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT
**For:** N&H Investments, LLC / PLT
**Against:** John Richard Till / DEF
**Against:** Paladin Law Group, LLP / DEF
**Against:** Green Valley Corporation / DEF
**Against:** Dan Qui Do / DEF
**Against:** Efficio Law Group, PC / DEF
**Against:** Anthony Frank Ventura / DEF
**Against:** Slater Hersey & Lieberman, LLP / DEF

| 0001-000 | Cv Case Cover Sheet | | 03/23/2015 | None | 03/23/2015 |
|---|---|---|---|---|---|

**For:** Hung Nguyen / PLT

For: Hung Nguyen / PLT

**For:** N&H Investments, LLC / PLT
**Against:** John Richard Till / DEF
**Against:** Paladin Law Group, LLP / DEF
**Against:** Green Valley Corporation / DEF
**Against:** Dan Qui Do / DEF
**Against:** Efficio Law Group, PC / DEF
**Against:** Anthony Frank Ventura / DEF
**Against:** Slater Hersey & Lieberman, LLP / DEF

For an explanation of the abbreviations used in the Document Description/Text columns, click here.

```
RETURN
```

Main Court Website  |  Contact  |  Disclaimer                                    © 2011 Superior Court of Santa Clara County